AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Pamela Stowe<br>*Plaintiff*<br>v.<br>Trans Union, LLC. and Wells Fargo Home Mortgage<br>*Defendant* | )<br>)<br>)   Case No. 3:21-cv-3112<br>)<br>) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF - PAMELA STOWE                    .

Date:    05/14/2021

s/ David M. Marco
*Attorney's signature*

DAVID M. MARCO (6273315)
*Printed name and bar number*

SMITHMARCO, P.C.
55 WEST MONROE STREET, SUITE 1200,
CHICAGO, IL 60603
*Address*

dmarco@smithmarco.com
*E-mail address*

(312) 546-6539
*Telephone number*

(888) 418-1277
*FAX number*